D. Maimon Kirschenbaum
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
**MEA GIAPITZAKI,**

        Plaintiff,                          <u>CASE NO: 20-CV-4990</u>

    v.

**OLD NORTHERN BOULEVARD**
**RESTAURANT, LLC d/b/a KYMA,**
**EIRINEOS CHRISTOU, MERKOURIOS**
**ANGELIADES, and CHRISTOS**
**PANAGIOTOPOULOS,**
        **Defendants.**
---------------------------------------------------------x

**<u>NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT</u>**

      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 68, Plaintiff Mea Giapitzaki accepts Defendants' Offer of Judgment of $10,000 in the above captioned action. Defendants' Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 is attached hereto as Exhibit A.

Dated: New York, New York
       February 15, 2021

                                              Respectfully submitted,

                                              JOSEPH & KIRSCHENBAUM LLP

                                              By: <u>*/s/ D. Maimon Kirschenbaum*</u>
                                                  D. Maimon Kirschenbaum
                                                  32 Broadway, Suite 601
                                                  New York, NY 10004
                                                  Tel: (212) 688-5640

                                                 *Attorneys for Plaintiff*