**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MEA GIAPITZAKI,

              Plaintiff,

  - against -                                            **JUDGMENT**
                                                        CV 20-4990 (JMA)(SIL)

OLD NORTHERN BOULEVARD RESTAURANT,
LLC d/b/a KYMA, EIRINEOS CHRISTOU,
MERKOURIOS ANGELIADES, and CHRISTOS
PANAGIOTOPOULOS,

              Defendants.
----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on February 15, 2021, accepting Defendants' February 12, 2021 offer to allow entry of have judgment against them in the amount of $10,000.00, inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff in litigating her claims to the date of the offer, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Mae Giapitzaki and against Defendants Old Northern Boulevard Restaurant, Eirineos Christou, Merkourios Angeliades, and Christos Panagiotopoulos in the amount of $10,000.00, inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff in litigating her claims to the date of the offer; and that this case is closed.

Dated: February 19, 2021
       Central Islip, New York

                                                               DOUGLAS C. PALMER
                                                                CLERK OF THE COURT
                                                       By:   /s/ James J. Toritto
                                                                    Deputy Clerk